IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   3:21-cr-30153-DWD |
| | ) | |
| DEVIN T. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FINDING NO THIRD-PARTY INTERESTS**
**(FINAL ORDER OF FORFEITURE)**

**DUGAN, District Judge:**

On September 15, 2022, the Court entered a Preliminary Order of Forfeiture (Doc. 35) against Defendant for the following property, which has been seized from Defendant:

**A Glock .40 caliber semi-automatic firearm, serial number BKWG246, and any and all ammunition contained therein**

The Preliminary Order of Forfeiture stated the Government would provide an opportunity for persons to claim a legal interest in the property under 21 U.S.C. § 853(n)(1).

The Government now provides a sworn Declaration of Publication (Doc. 45-1) that notice was published on an official government website, www.forfeiture.gov, for at least 30 consecutive days beginning November 4, 2022, and ending December 3, 2022. No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Therefore, the Court **FINDS**, under 21 U.S.C. § 853(n)(7), no third-party petitions

1

were filed and the United States of America has clear title to the above-described property, which is the subject of the Preliminary Order of Forfeiture, namely:

> **A Glock .40 caliber semi-automatic firearm, serial number BKWG246, and any and all ammunition contained therein**

The United States Marshal shall dispose of the property according to law.

**SO ORDERED**.

Dated: March 8, 2023

s/ *David W. Dugan*
DAVID W. DUGAN
United States District Judge